IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAVAMIS COMUNDAWILLA,

    Plaintiff,                      CV F 04 6721 OWW  WMW  P

  vs.                              <u>ORDER RE MOTION (DOC 7 )</u>

M. S. EVANS, et al.,

    Defendants.

_____/

        Plaintiff has requested leave to file an amended complaint.  Pursuant to Federal Rule of Civil Procedure 15(c), plaintiff may amend his complaint as a matter of right, so long as a responsive pleading has not been filed.  There has been no service of process and a responsive pleading has not been filed.  Plaintiff's motion for leave to file an amended complaint is therefore granted.  The first amended complaint is due within thirty days of the date of service of this order.

IT IS SO ORDERED.

**Dated:**   **May 10, 2005**                 **/s/  William M. Wunderlich**
mmkd34                                    UNITED STATES MAGISTRATE JUDGE

1