IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMAVIS A. COMUNDOIWILLA,

        Plaintiff,                 CV F 04 6721 REC   WMW   P

  vs.                             <u>ORDER RE MOTION (DOC 2 )</u>

M. S. EVANS,

        Defendant.

        Plaintiff has filed a motion for a preliminary and permanent injunction.  Plaintiff's motion fails to comply with the procedural requirements of Local Rule 65-231.   Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a preliminary and permanent injunction filed on December 17, 2004, is stricken as procedurally defective.

IT IS SO ORDERED.

**Dated:   August 18, 2005**              **/s/  William M. Wunderlich**
mmkd34                      UNITED STATES MAGISTRATE JUDGE

1