IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAVIS A. COMUNDOIWILLA,   Plaintiff,   vs.   M. EVANS,   Defendant. | 1: 04 CV 06721 LJO YNP GSA (PC)   ORDER |

On June 17, 2009, a recommendation of dismissal was entered, recommending dismissal of this action for Plaintiff's failure to file an amended complaint. On July 17, 2009, Plaintiff filed objections to the findings and recommendations, along with a Second Amended Complaint.

Accordingly, IT IS HEREBY ORDERED THAT the June 17, 2009, recommendation of dismissal is vacated.

IT IS SO ORDERED.

Dated: __July 30, 2009__          _____/s/ Gary S. Austin_____
                                              UNITED STATES MAGISTRATE JUDGE

1