# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAVIS A. COMUNDOIWILLA, | CASE NO. 1:04-cv-06721-LJO-SKO PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. 33) |
| M.S. EVANS, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Lamavis A. Comundoiwilla ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 27, 2010, the Magistrate Judge issued a Findings and Recommendations which recommended that Plaintiff's First Amendment claims, Fourteenth Amendment due process claims, and RLUIPA claims against Defendant Liles be dismissed. (Doc #33.) The Findings and Recommendations were served on Plaintiff and contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days of date on which they were served. Plaintiff has not filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, the Court HEREBY ORDERS that:

1.      The April 27, 2010 Findings and Recommendations are ADOPTED in full;

2.      Plaintiff's First Amendment claims, Fourteenth Amendment due process claims, and RLUIPA claims against Defendant Liles are DISMISSED; and

3.      Defendant Liles is DISMISSED from this action.

IT IS SO ORDERED.

**Dated:    June 4, 2010**                        _____/s/ Lawrence J. O'Neill_____
                                                    UNITED STATES DISTRICT JUDGE