# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAVIS A. COMUNDOIWILLA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M.S. EVANS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:04-cv-06721-LJO-SKO PC<br><br>ORDER TO SHOW CAUSE WHY DEFENDANT M.S. EVANS SHOULD NOT BE DISMISSED FROM THIS ACTION<br><br>SHOW CAUSE RESPONSE DUE BY FEBRUARY 25, 2011 |

　　　　Plaintiff Lamavis A. Comundoiwilla ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 22, 2010, a summons was returned unexecuted as to Defendant M.S. Evans. (Doc. #38.) Defendant Evans has not been served and has not made an appearance in this action. The unexecuted summons indicates that Defendant Evans could not be located because he has retired.

　　　　Although Plaintiff is proceeding in forma pauperis and is entitled to the services of the U.S. Marshal to effect service of process of his complaint, it is ultimately his responsibility to provide the U.S. Marshal with sufficient information to locate and serve defendants. Under Federal Rule of Civil Procedure 4(m), the Court must dismiss Plaintiff's claims against any unserved defendants without prejudice if service is not effected within a specified time. Dismissal of the unserved defendants is proper when Plaintiff fails to provide the U.S. Marshal with sufficient information to effect service of process. Walker v. Sumner, 14 F.3d 1415, 1421-22 (9th Cir. 1994) (quoting Puett v. Blandford, 912 F.2d 270, 275 (9th Cir. 1990)), abrogated on other grounds by Sandin v. Connor, 515 U.S. 472 (1995).

1  Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE within thirty (30) days
2  why Defendant M.S. Evans should not be dismissed.[1]
3  Plaintiff is forewarned that the failure to show cause may result in the dismissal of Defendant
4  M.S. Evans from this action.
5
6  IT IS SO ORDERED.
7  **Dated:   January 27, 2011**              /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27 _____
28  [1] Should Plaintiff have updated information on the whereabouts of Defendant M.S. Evans, he should provide it to the Court at this time.

2